UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESTON THOMAS,
Plaintiff,

-v-

MCLAUGHLIN, *et al.*,
Defendants.

26-CV-1554 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 15, 2026 this Court directed the New York City Law Department to ascertain the identity of the Jane Doe whom Plaintiff Preston Thomas, proceeding *pro se*, seeks to sue here. (ECF No. 10.) Before the Court is a letter filed by the New York City Law Department indicating that it has been unable to ascertain the identity of the Jane Doe whom Plaintiff seeks to sue and requesting more information. (ECF No. 23.)

Accordingly, within fourteen days of the date of this Order, Plaintiff shall file a letter containing any additional information he has with respect to the Jane Doe defendant, including a first and/or last name, a specific date and/or time of the interaction involving "Jane Doe Supervisor," a physical description of "Jane Doe Supervisor," including approximate age and build, and/or the VIN number of the vehicle(s) in question.

SO ORDERED.

Dated: August 3, 2026
New York, New York

J. PAUL OETKEN
United States District Judge