UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

Amended Complaint

______PRESTON THOMAS_____________________,
Plaintiff

_1:26_- CV - _______

(_01554_____)

--against--

__OFFICER:MCLOUGHLIN__________,
_OFFICER:GOVE
JANE-DOE:SUPERVISOR_BRONX-TOW-POUND
____________________________,
Defendants

--------------------------------------------------

**AMENDED COMPLAINT**

## I. INTRODUCTION

1. Plaintiff in the above-caption action allege(s) as follows
2. Plaintiff brings this action seeking damages pursuant to 42 USC §1983, against Bronx 47th Precinct Police Officers McLoughlin and Gove, and Bronx Tow Pound supervisor Jane Doe.
3. The court has jurisdiction over this action pursuant to 28 USC §§ 1331, 1367(a) and 42 USC §1983.
4. Venue is proper in this District pursuant to 28 USC §1391

## II. PARTIES

5. Plaintiff was always relevant a herein a permanent resident of the United States and resides at:

590 E. 3rd Street,

Apt. 30

Mount Vernon, NY 10553

6. Defendants are as follows, sued in their individual and official capacity:

___________________________ OFFICER MCLOUGHLIN_________________ __

___________________________OFFICER GOVE ___________________________

___________________________ JANE DOE BRONX TOW POUND SUPERVISOR

____________________

_________________________

_________________________

This document was prepared by the City Bar Justice Center.

## III. STATEMENT OF CLAIM

7. On January 22nd, 2025, at and/or around 9:30pm, a police officer, who I later would discover is Officer McLoughlin, came to 2500 Tillotson Ave, Bronx, NY, and searched and seized my 1978 Prairie Schooner 5th Wheel mobile home, 2006 Volkswagen Jetta, and my food truck.
8. On the night in question, Officer McLoughlin approached my mobile home and stated that he was towing it because it is against New York City law to park a car for 7 days on the street.
9. I told him that there were no laws of that nature, and no signs posted near my mobile home that stated this law.
10. I had been living in my mobile home on this street for approximately 7 years.
11. The community that I live in has been around for decades, as my father and grandfather have also lived in this area for many decades.
12. This is a peaceful community in Co-op City that has never had a history of bad interactions with law enforcement.
13. Nobody in this community had ever had their property removed, until McLoughlin around the community.
14. Weeks prior to my illegal towings, I was told by my neighbor that a police officer, who I would later learn was Officer McLoughlin, came to our community and threatened to tow my neighbor's property, seemingly, for no reason.
15. I have never had any bad interactions with law enforcement, nor did I receive any notice that warrants may have been issued against my property.
16. I told Officer McLoughlin that I had been living in this area for 7 years, and my father, 35 years, with our mobile homes in the same spot and had never had a problem.
17. Officer McLoughlin then wrote me two tickets for being parked the wrong way and then immediately initiated the tow
18. Officer McLoughlin then wrote me two tickets for being parked the wrong way.
19. Officer McLoughlin initiated the tow of my mobile home, 2006 Volkswagen Jetta, and food truck using Bronx Police towing equipment.
20. Multiple times during the towing I asked Officer McLoughlin to call a Sergeant or Lieutenant, but he ignored my requests.
21. My mobile home and 2006 Jetta were taken to Bronx Tow Pound at 2444 Exterior St, Bronx, NY 10468.
22. My food truck was taken to a tow yard in Brooklyn, and I was not given the address to the tow yard.
23. Officer McLoughlin issued tickets against my mobile home and vehicle for being parked the wrong way using false vin numbers.
24. My mobile home did not have a VIN number, as it was manufactured before the 1980 mandate of VIN numbers.
25. My food truck was towed away, even though no tickets were issued against it.
26. On January 22nd at and/or around 8pm, I went to the 47th Precinct to make a report.
27. Because of the amount of people in line at the precinct, I didn't make it into the building until at and/or around 3am.

28. On January 23rd at and/or around 3am while inside the 47th Precinct explaining my circumstances to a supervising officer, the supervising officer informed me that I needed to contact Internal Affairs.
29. During this time, Officer McLoughlin walked in.
30. I explained to the supervising officers that this officer, McLoughlin, was the officer that towed my property and issued me tickets.
31. I attempted to get the name and badge number of Officer McLoughlin, but he used his jacket to cover that information.
32. I asked Officer McLoughlin to uncover his name and badge number, which he refused.
33. After my failed attempt, the supervising officer then directed Officer McLoughlin to open his jacket so I could take a photo of his name and badge number.
34. Suddenly, Office Gove came from down the hallway, ran up to me, and told me to "Put the camera down!"
35. Officer Gove then told me to get out and rammed me into the door and wall as I was leaving.
36. Officer Gove also kneed, punched, and elbowed me in the jaw, back, and hip.
37. Because of the physical violence of Officer Gove, a friend drove me directly to Montefiore Hospital in Mount Vernon, NY.
38. While at the hospital, I was treated for a cracked tooth, busted lip, and injuries to my ribs.
39. Between January 23rd, 2025, and April 9th, 2025, I went to Bronx Pound Tow to get my property and was told by the Jane Doe pound supervisor that it would be $1,200 for the release of my property.
40. Also, on January 23, 2025, Jane Doe told me that my 2006 Volkswagen Jetta had been moved to a Brooklyn pound yard.
41. I refused to pay $1,200 and went to court to dispute the tickets.
42. The judge dismissed all the tickets that were issued against my property and ordered to have my property released.
43. On or about January 26th, 2025, I called Internal Affairs to report the physical violence of Officer Gove.
44. On or about February 19th, 2025, I filed 3 reports (Property Damage/Loss, Vehicular Property Damage, Personal Injury) at the Comptroller's office stating the above-mentioned facts.
45. Between March and April, my 2006 Volkswagen Jetta and mobile home disappeared from the Bronx Tow Pound.
46. I returned to Bronx Tow Pound to show that the tickets had been dismissed because they listed fake vin numbers and demanded the release of my property.
47. Jane Doe told me that my mobile home went missing.
48. As of the present day, all of my property is still missing, and the only reasons for the towings was for being parked for more than 7 days on the street and parking wrong way.

## RELIEF

49. Plaintiff demands **A TRIAL BY JURY**
50. Plaintiff asks for the following relief
    a. $300,000 in Compensatory Damages
    b. $1,000,000 in Punitive Damages

I, _PRESTON THOMAS_______ declare under the penalty of perjury that the foregoing Is true and correct

This document was prepared by the City Bar Justice Center.

Date:7/30/2026

Respectfully submitted __PRESTON THOMAS___*Preston Thomas*__________________________

Plaintiff Pro Se

This document was prepared by the City Bar Justice Center.