UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESTON THOMAS,
Plaintiff,

-v-

CHARLES GOVE, *et al.*,
Defendants.

26-CV-1554 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, District Judge:

Plaintiff Preston Thomas, appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that various named and unnamed Defendants violated his federal constitutional rights when they towed his car, mobile home, and food truck. (ECF No. 27.) On November 20, 2026, the New York City Law Department filed a letter indicating that the Jane Doe Supervisor whom Plaintiff seeks to sue may be Iliana Melendez, a Police Administrative Aide ("PAA") in the New York City Police Department ("NYPD"). (ECF No. 36.)

Accordingly, the Court requests that NYPD PAA Melendez waive service of summons.[1] The Clerk of Court is directed electronically notify the NYPD and the New York City Law Department of this order.

SO ORDERED.

Dated: November 23, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

[1] According to the New York City Law Department's letter, PAA Melendez is stationed at the NYPD's Central Records Division in Manhattan. (ECF No. 36 at 1.)